John R. Till   SBN 178763   JTill@PaladinLaw.com
Kirk M. Tracy   SBN 288508   KTracy@PaladinLaw.com
PALADIN LAW GROUP® LLP
1176 Boulevard Way
Walnut Creek, CA  94595
(925) 947-5700

Counsel for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA BURGESS, an individual, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>ALTERNATIVE SIERRA INVESTMENTS, LLC, a California limited liability company, *et al.*,<br><br>    *Defendants*.<br><br>AND RELATED CROSSCLAIMS. | Case No. 1:23-cv-01641-JLT-BAM<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DEADLINE FOR JOINT STATUS REPORT**<br><br>Further Status Conference:<br>VIDEOCONFERENCE<br>Hon. Barbara A. McAuliffe<br>Date: February 27, 2025<br>Time: 9:30 AM<br>Courtroom: #8 (6th Floor)<br><br>Action filed: November 24, 2023 |

Plaintiffs Sara Burgess, Angela Alvarez, Micheal Arndt, Teresa Alford, Jessica Carter, Steven Piech, Jen Redford, Cheri Maddox, Elizabeth Tarter, and Stacey Taylor, and Defendants, Cross-Complainants, and Cross-Defendants Alternative Sierra Investments, LLC, Frederick Wentworth, and Judy A. Wentworth (collectively, the "Parties") in the above-captioned action, *Burgess v. Alternative Sierra Investments,* LLC, U.S. District Court, E.D. Cal., Case No. 1:23-cv-01641-JLT-BAM (the "Litigation"), by and through their respective attorneys, hereby stipulate and agree to: continue the deadline for a Joint Status Report from February 20, 2027, to February 24, 2025.

The parties respectfully request the Court execute an Order for the same.

STIPULATION AND ORDER TO CONTINUE DEADLINE FOR JOINT STATUS REPORT

1  As set forth below, good cause exists for the requested trial continuance and pre-trial
2  dates as a result of the following:
3  1. The above-captioned matter (No. 1:23-cv-01641-JLT-BAM) is set for a status
4  conference with Hon. Barbara A. McAuliffe on Thursday, February 27, with a joint status report
5  due this Thursday, February 20.  ECF No. 66.
6  2. The timing of the current deadlines was set to occur after a settlement conference
7  with Magistrate Judge Boone previously set for February 6, 2025, but which is now continued to
8  February 21st, 2025, due to a conflict with Judge Boone's trial calendar. ECF No. 67.
9  3. Accordingly, the Parties request that the deadline to submit their joint status report
10 be continued until Monday, February 24, 2025, so that it can be submitted after the settlement
11 conference and inform the Court accordingly as to the status of mediation and settlement.
12 IT IS SO STIPULATED.

13 Dated:  February 19, 2025       PALADIN LAW GROUP ® LLP

15                                 By:  /s/ John R. Till
                                       JOHN R. TILL
                                       KIRK M. TRACY

17                                 Attorneys for Plaintiffs
                                   SARA BURGESS, ANGELA ALVAREZ,
18                                 MICHEAL ARNDT, TERESA ALFORD,
                                   JESSICA CARTER, STEVEN PIECH, JEN
                                   REDFORD, CHERI MADDOX, ELIZABETH
19                                 TARTER, and STACEY TAYLOR

21 Dated:  February 19, 2025       MURPHY AUSTIN ADAMS SCHOENFELD LLP

23                                 By:  /s/ Michael R. O'Neil (as authorized on
                                       February 19, 2025
                                       MICHAEL R. O'NEIL
24                                     LISA D. NICOLLS
                                       PETER A. AUSTIN
25                                     KEVIN N. ROYER

26                                 Attorneys for Defendant
                                   ALTERNATIVE SIERRA INVESTMENTS, LLC



Dated: February 19, 2025                              ABBOT & KINDERMANN, INC.

By: /s/ *J. Gage Marchini* (as authorized on February 19, 2025
 GLEN C. HANSEN
 DIANE G. KINDERMANN HENDERSON
 J. GAGE MARCHINI

Attorneys for Defendants
FREDERICK WENTWORTH and
JUDY A. WENTWORTH

## ORDER

Pursuant to the parties' stipulation, and cause appearing, the deadline for the parties to submit their joint status report is continued to February 24, 2025.

IT IS SO ORDERED.

Dated: **February 20, 2025**                   /s/ *Barbara A. McAuliffe*
                                                                    UNITED STATES MAGISTRATE JUDGE

