1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                      FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  SARA BURGESS, *et al.*,                      No.  1:23-cv-01641-JLT-BAM

10              Plaintiffs,                      **ORDER STRIKING ALTERNATIVE
                                                 SIERRA INVESTMENTS, LLC'S
11      v.                                       AMENDED CROSS CLAIM**

12  ALTERNATIVE SIERRA                           (Doc. 92)
    INVESTMENTS, LLC, et al.,
13
                Defendants.
14

15  _____

16  AND RELATED CROSSCLAIMS

17        On January 24, 2024, Alternative Sierra Investments, LLC ("ASI") filed a crossclaim in

18  this action.  (Doc. 25.)  Frederick and Judy Wentworth answered ASI's crossclaim on February

19  23, 2024.  (Doc. 41.)  On May 14, 2025, following settlement of Plaintiffs' claims only, the Court

20  entered a Scheduling Conference Order regarding the crossclaims in this action.  (Doc. 87.)  The

21  Scheduling Conference Order directed that all stipulated amendments or motions to amend the

22  crossclaims be filed by July 18, 2025.  (*Id.* at 2.)  On July 18, 2025, ASI filed an amended

23  crossclaim pursuant to Federal Rule of Civil Procedure 15(a)(2).  (Doc. 92.)

24        Rule 15(a)(2) provides that "a party may amend its pleading only with the opposing

25  party's written consent or the court's leave."  Fed. R. Civ. P. 15(a)(2).  ASI filed its amended

26  crossclaim without first filing a stipulation to amend or seeking leave of Court.  As ASI did not

27  comply with either Rule 15(a)(2) for amendment or the Court's Scheduling Conference Order for

28  amendment, the Court will STRIKE ASI's Amended Cross Claim (Doc. 92).

                                            1

1     If ASI seeks to file an amended crossclaim, then, within fourteen (14) days of the date of

2  this Order, it must file either (1) a stipulation to amend with the proposed amended pleading

3  attached; or (2) a formally noticed motion to amend seeking the Court's leave.  No further

4  extensions of the deadline for stipulated amendments or motions to amend will be permitted

5  absent a demonstrated showing of good cause.

6

7  IT IS SO ORDERED.

8     Dated:   **July 22, 2025**                    /s/ *Barbara A. McAuliffe*

9                                     UNITED STATES MAGISTRATE JUDGE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28