UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARA BURGESS, et al.,

               Plaintiffs,

     v.

ALTERNATIVE SIERRA
INVESTMENTS, LLC, et al.,

               Defendants.

AND RELATED CROSSCLAIMS

Case No. 1:23-cv-01641-JLT-FRS (SKO)

**ORDER DIRECTING CLERK OF COURT TO TERMINATE CROSS-DEFENDANTS JAMES E. LAENG, MARY E. KESSEL, AND THE ESTATE OF KENNETH B. KESSEL, DECEASED**

(Doc. 111)

On January 8, 2026, Cross-Claimant Alternative Sierra Investments, LLC filed a notice of voluntary dismissal without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), dismissing Cross-Defendants James E. Laeng, Mary E. Kessel, and the Estate of Kenneth B. Kessel, Deceased.  (Doc. 111.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

[A] plaintiff may dismiss an action with a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).  "The plaintiff may dismiss some or all of the defendants, or some or

1

all of his claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Because Cross-Claimant Alternative Sierra Investments, LLC filed a notice of dismissal without prejudice under Rule 41(a), this case has automatically terminated as to Cross-Defendants James E. Laeng, Mary E. Kessel, and the Estate of Kenneth B. Kessel, Deceased.  Fed. R. Civ. P. 41(a)(1)(A).  Accordingly, the Clerk of Court is directed to TERMINATE Cross-Defendants James E. Laeng, Mary E. Kessel, and the Estate of Kenneth B. Kessel, Deceased.

This case shall remain OPEN pending resolution of the remaining claims and crossclaims.

IT IS SO ORDERED.

Dated:   **January 13, 2026**                    /s/ *Sheila K. Oberto*
                                                            UNITED STATES MAGISTRATE JUDGE