MICHAEL N. MILLS, Bar No. 191762
michael.mills@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

LAUREN V. NEUHAUS, Bar No. 327698
lauren.neuhaus@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA  94104
Telephone:  415.617.8900
Facsimile:  415.617.8907

*Attorneys for Defendant*
*ALTERNATIVE SIERRA INVESTMENTS, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| SARA BURGESS, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTERNATIVE SIERRA INVESTMENTS, LLC, a California limited liability company, et al.,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIMS. | Case No. 1:23-cv-01641-JLT-FRS (SKO)<br><br>**ORDER REGARDING STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT**<br><br>(Doc. 118)<br><br>Date Action Filed: November 24, 2023<br>Trial Date for Cross-Claims: April 27, 2027 |

On January 30, 2026, Third-Party Plaintiff, Cross-Claimant, and Cross-Defendant Alternative Sierra Investments, LLC (ASI), and Third-Party Defendant Greg L. Hoenes, as Trustee of the Hoenes 1992 Revocable Trust ("Hoenes"), filed a stipulation to extend time for Hoenes to response to the Third-Party Complaint filed by ASI on January 2, 2026.  (Doc. 118.)  The last day for Hoenes to file a response to the Third-Party Complaint is February 2, 2026.  The Parties met

and conferred and agreed to extend Hoenes' deadline to respond to the Third-Party Complaint by 60 days, to April 3, 2026, to permit the parties to pursue settlement negotiations.

Subject to the terms of the stipulation and good cause appearing, IT IS HEREBY ORDERED that Hoenes shall file a response to ASI's Third-Party Complaint by no later than **April 3, 2026**.

IT IS SO ORDERED.

Dated:    **January 30, 2026**                      /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

ORDER RE STIPULATION TO EXTEND
TIME TO RESPOND TO THIRD-PARTY          -2-                    1:23-CV-01641-JLT-FRS
COMPLAINT