MICHAEL N. MILLS, Bar No. 191762
michael.mills@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA  95814
Telephone:  916.447.0700
Facsimile:  916.447.4781

LAUREN V. NEUHAUS, Bar No. 327698
lauren.neuhaus@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA  94104
Telephone:  415.617.8900
Facsimile:  415.617.8907

*Attorneys for Defendant*
*ALTERNATIVE SIERRA INVESTMENTS, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| SARA BURGESS, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTERNATIVE SIERRA INVESTMENTS, LLC, a California limited liability company, et al.,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIMS. | Case No. 1:23-cv-01641-JLT-FJS<br><br>**ORDER REGARDING SECOND STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT**<br><br>(Doc. 124)<br><br>Date Action Filed: November 24, 2023<br>Trial Date for Cross-Claims: April 27, 2027 |

On March 26, 2026, Third-Party Plaintiff, Cross-Claimant, and Cross-Defendant Alternative Sierra Investments, LLC (ASI), and Third-Party Defendant Greg L. Hoenes, as Trustee of the Hoenes 1992 Revocable Trust ("Hoenes"), filed a second stipulation to extend time for Hoenes to respond to the Third-Party Complaint filed by ASI on January 2, 2026.  (Doc. 124)

Subject to the terms of the stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1.     Hoenes shall file a response to ASI's Third-Party Complaint by no later than **April 24, 2026**.

IT IS SO ORDERED.

Dated:   **March 27, 2026**

FRANK J. SINGER
UNITED STATES MAGISTRATE JUDGE

ORDER RE SECOND STIPULATION TO
EXTEND TIME TO RESPOND TO THIRD-          -2-                    1:23-CV-01641-JLT-FJS
PARTY COMPLAINT
152456658.1 0076204-00002