MICHAEL N. MILLS, Bar No. 191762
michael.mills@stoel.com
STOEL RIVES LLP
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700
Facsimile: 916.447.4781

LAUREN V. NEUHAUS, Bar No. 327698
lauren.neuhaus@stoel.com
STOEL RIVES LLP
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900
Facsimile: 415.617.8907

*Attorneys for Defendant*
*ALTERNATIVE SIERRA INVESTMENTS, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA - FRESNO DIVISION

| | |
|---|---|
| SARA BURGESS, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTERNATIVE SIERRA INVESTMENTS, LLC, a California limited liability company, et al.,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIMS. | Case No. 1:23-cv-01641-JLT-FJS<br><br>**ORDER REGARDING THIRD STIPULATION TO EXTEND TIME TO RESPOND TO THIRD-PARTY COMPLAINT**<br><br><br><br>Date Action Filed: November 24, 2023<br>Trial Date for Cross-Claims: April 27, 2027 |

STOEL RIVES LLP
ATTORNEYS AT LAW
SACRAMENTO

On April 24, 2026, Third-Party Plaintiff, Cross-Claimant, and Cross-Defendant Alternative Sierra Investments, LLC (ASI), and Third-Party Defendant Greg L. Hoenes, as Trustee of the Hoenes 1992 Revocable Trust ("Hoenes"), filed a third stipulation to extend time for Hoenes to response to the Third-Party Complaint filed by ASI on January 2, 2026.

Subject to the terms of the stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. Hoenes shall file a response to ASI's Third-Party Complaint by no later than May 15, 2026; and

2. The parties should not anticipate additional continuances of time for Hoenes to respond to ASI's Third-Party Complaint.

IT IS SO ORDERED.

Dated:    **April 28, 2026**

_____
UNITED STATES MAGISTRATE JUDGE