UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA BURGESS, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>ALTERNATIVE SIERRA<br>INVESTMENTS, LLC, et al.,<br><br>           Defendants. | Case No.  1:23-cv-01641-JLT-FJS<br><br>ORDER REQUIRING THIRD-PARTY PLAINTIFF TO FILE DISPOSITIONAL DOCUMENTS<br><br>(ECF No. 130) |
| AND RELATED CROSCLAIMS. | |

On May 18, 2026, Third-Party Plaintiff Alternative Sierra Investments, LLC, and Third-Party Defendant Greg L. Hoens, as trustee of the Hoenes 1992 revocable trust, filed a notice informing the court that a settlement has been reached and that dispositional documents will be filed no later than June 8, 2026. (ECF No. 130.) Accordingly, Alternative Sierra Investments shall file, or ensure the filing of, dispositional documents no later than June 8, 2026.  Any request for an extension shall be supported by good cause. L.R. 160(b).

IT IS SO ORDERED.

Dated:   **May 20, 2026**

_____
UNITED STATES MAGISTRATE JUDGE