UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA BURGESS, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>ALTERNATIVE SIERRA INVESTMENTS, LLC, et al.,<br><br>    Defendants. | Case No. 1:23-cv-01641-JLT-FJS<br><br>ORDER SETTING MOTION HEARING AND TEMPORARILY STAYING NON-EXPERT DISCOVERY DEADLINE<br><br>(ECF No. 129) |
| AND RELATED CROSSCLAIMS. | |

On May 15, 2026, Cross-Defendants Frederick A. Wentworth and Judy A. Wentworth filed a request for an expedited motion for an order vacating the trial date and modifying the scheduling order in this case. (ECF No. 129.) Cross-Claimant Alternative Sierra Investments, LLC, filed an opposition on May 18, 2026 (ECF No. 131). As such, Cross-Defendants' request for an expedited motion is moot since this motion is already fully briefed.

Upon review of the parties' briefs on Cross-Defendants' motion to vacate trial date and modifying scheduling order (ECF Nos. 129, 131), the court concludes that a hearing may be helpful. The non-expert discovery cutoff set by the court's scheduling conference order-cross claims (ECF No. 87) is temporarily stayed pending a hearing on Cross-Defendants' motion. (ECF No. 129.)

Accordingly, IT IS ORDERED that a hearing on the motion to vacate trial date and modifying scheduling order (ECF No. 129) will be held on June 5, 2026, at 9:30 a.m. in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties are permitted to appear by Zoom video conference. The parties will be provided with the Zoom ID and password by the

Courtroom Deputy prior to the conference. The Zoom ID number and password are confidential and are not to be shared. Appropriate court attire is required.

IT IS SO ORDERED.

Dated:   **May 26, 2026**

UNITED STATES MAGISTRATE JUDGE