UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARA BURGESS, et al.,

Plaintiffs,

v.

ALTERNATIVE SIERRA
INVESTMENTS, LLC, et al.,

Defendants.

AND RELATED CROSSCLAIMS.

Case No.  1:23-cv-01641-JLT-FJS

ORDER GRANTING VOLUNTARY
DISMISSAL AS TO THIRD-PARTY
DEFENDANT GREG L. HOENES, AS
TRUSTEE OF THE HOENES 1992
REVOCABLE TRUST

(ECF No. 135)

On May 18, 2026, Third-Party Plaintiff Alternative Sierra Investments, LLC. ("Alternative"), and Third-Party Defendant Greg L. Hoens, as trustee of the Hoenes 1992 revocable trust ("the Hoenes Trust"), informed the court that a settlement had been reached in this matter and that dispositional documents would be filed no later than June 8, 2026. (ECF No. 130.)

On May 20, 2026, the undersigned ordered Alternative to file or ensure the filing of dispositional documents no later than June 8, 2026. (ECF No. 132.) On June 8, 2026, Alternative filed a notice of voluntary dismissal with prejudice of all claims as to the Hoenes Trust only. (ECF No. 135.) The Hoenes Trust has not filed an answer to Alternative's Third-Party Complaint (ECF No. 108).

In light of the notice of voluntary dismissal, Alternative's action against the Hoenes Trust is dismissed *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, the Clerk of the Court is HEREBY ORDERED to adjust the docket to reflect voluntary dismissal of this action between Alternative and the Hoenes Trust pursuant to Rule 41(a)(1).

IT IS SO ORDERED.

Dated:    **June 9, 2026**

_____
UNITED STATES MAGISTRATE JUDGE