UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SARA BURGESS, an individual, et al.,

Plaintiffs,

v.

ALTERNATIVE SIERRA INVESTMENTS, LLC, a California limited liability company, et al.,

Defendants.

AND RELATED CROSSCLAIMS.

Case No. 1:23-cv-01641 JLT-FJS

ORDER SETTING STATUS CONFERENCE

(ECF No. 139)

On July 27, 2026, Cross-Claimant and Cross-Defendant Alternative Sierra Investments, LLC and Cross-Claimants and Cross-Defendants Frederick A. Wentworth and Judy A. Wentworth filed a stipulation to amend the scheduling order. (ECF No. 139). The stipulation requested extending the deadlines for supplemental expert disclosure, for expert discovery, and for pretrial motions, while maintaining the current pretrial conference and trial dates. (ECF No. 139.) Given the proposed deadlines and the current dates for the pretrial conference and trial, the court finds it appropriate to set a status conference to discuss the proposed deadlines.

Accordingly, it is HEREBY ORDERED as follows:

1. A status conference is set for August 5, 2026, at 10:30 a.m. in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

2. No later than five (5) days prior to the status conference, the parties shall file a report including a brief recitation of the facts, procedural history of the case, the parties' positions, and the status of the case; and

3. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **July 28, 2026**

UNITED STATES MAGISTRATE JUDGE