THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA BURGESS, an individual, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALTERNATIVE SIERRA INVESTMENTS, LLC, a California limited liability company, et al.,<br><br>Defendants.<br><br>AND RELATED CROSSCLAIMS. | Case No. 1:23-cv-01641-JLT-FJS<br><br>ORDER GRANTING AMENDED JOINT STIPULATION TO EXTEND DEADLINES<br><br>(ECF No. 148) |

On August 14, 2026, Cross-Claimant and Cross-Defendant Alternative Sierra Investments, LLC and Cross-Claimants and Cross-Defendants Frederick A. Wentworth and Judy A. Wentworth filed a stipulation to extend expert discovery deadlines. (ECF No. 148.)

Subject to the terms of the stipulation and good cause appearing, IT IS HEREBY ORDERED that:

1. The deadline for supplemental expert disclosure is extended to September 25, 2026.

2. The deadline for expert discovery cutoff is extended to October 23, 2026.

3. The September 28, 2026, pretrial motion filing deadline will remain unchanged.

4. The February 22, 2027, pretrial conference and April 27, 2027, trial date remain unchanged.

IT IS SO ORDERED.

Dated: **August 21, 2026**

UNITED STATES MAGISTRATE JUDGE