UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SARA BURGESS, et al.,

Plaintiffs,

v.

ALTERNATIVE SIERRA INVESTMENTS, LLC, et al.,

Defendants.

Case No. 1:23-cv-01641-JLT-FJS

ORDER AFTER STATUS CONFERENCE, SETTING STATUS CONFERENCE, AND CONTINUING THE EXPERT DISCOVERY DEADLINE

ORDER DENYING STIPULATION TO STAY PROCEEDINGS

(ECF No. 150)

On October 5, 2026, the court held a status conference where the court discussed the parties' settlement timeline and the parties' stipulation to stay proceedings pending settlement. (ECF Nos. 150, 151.) At the conference, the parties explained that settlement is contingent on the action(s) of a third party and it is unclear whether or when settlement will be final. The court appreciates the parties' efforts to find a settlement in this case and counsels' open discussion during the October 5 status conference was helpful to the court. Based on that discussion, the court is reluctant to vacate the pretrial conference and trial dates at this time.

Accordingly, it is HEREBY ORDERED as follows:

1. The parties' stipulation to stay proceedings pending settlement is DENIED (ECF No. 150);

2. A status conference is set for <u>December 7, 2026, at 10:00 a.m. in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer</u>;

3. No later than seven (7) days prior to the status conference, the parties shall file a report updating the court on the timeline for settlement;

4. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared;

5. To accommodate the parties' settlement efforts, the deadline for expert discovery is extended from <u>October 23, 2026, to January 11, 2027</u>; and

6. All other dates in the operative trial scheduling order remain in place.

IT IS SO ORDERED.

Dated: **October 7, 2026**

UNITED STATES MAGISTRATE JUDGE